U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 27 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Marc Arron Jung-Peters
Petitioner

v.

JOHN GILLISPIE D.A
Kyle Lessor A.D.A
Respondent
(name of warden or authorized person having custody of petitioner)
SHERIFF DEPT DAVID DUKE

Case No. **7-22CV-111-O**
Reed O'Connor
(Supplied by Clerk of Court)
REGINA NEAL
Coordinator STATE HOSPITAL

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: MARC ARRON PETERS - JUNG
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: STATE HOSPITAL SECTION Regina Neal
   (b) Address: SHERIFF DEPT DAVID DUKE
   940 766 8170  2815 CENTRAL FREEWAY EAST, WF, TX 76302
   (c) Your identification number: 1st Arrest #68458 Traffic Ticket

3. Are you currently being held on orders by: 2005 ER Security
   ☐ Federal authorities  ☑ State authorities  ☑ Other - explain:
   30th DISTRICT mental competency on a invalid probation

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 30th DISTRICT Kyle Lessor
   JOHN GILLISPIE JEFF McKNIGHT
   (b) Docket number of criminal case: DC30-CR2020-0597, 57,387A
   (c) Date of sentencing: September 2020
   ☐ Being held on an immigration charge
   ☑ Other (explain): The Court orders the defendant North Texas
   STATE HOSPITAL - VERNON CAMPUS for a period not to
   exceed 120 days upon notification
   Regina Neal (REFUSES) NOTIFICATION
   OF AVAILABLE BED SPACE.

Marty Cannedy (DOES NOT HELP)

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   - ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   - ☑ Pretrial detention
   - ☐ ~~Immigration detention~~
   - ☑ Detainer
   - ☐ The validity of your conviction or sentence as imposed (for example, sentence (beyond the statutory) maximum or improperly calculated under the sentencing guidelines)
   - ☑ Disciplinary proceedings
   - ☑ Other (explain): I AM owed FINANCIAL compensation unemployment, 2019, 2020 Mental stress disability services

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: BOB JOHNSTON, SAMANTHA TORREZ, ARROW MP, TIM HURLEY, Ronnie Brewer
   (b) Docket number, case number, or opinion number: JONATHAN Ferguson
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Twila Stevens Community service — S7387A — Bob JOHNSTON JONATHAN Ferguson unemployment 2019 & 2020, 2021, 2022
   (d) Date of the decision or action: Financial compensation

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   ~~(a) If "Yes," provide:~~

He did Not like RANDY MATTA OR JERRY RICE.

   (1) Name of the authority, agency, or court: Magistrate, Legal Counsel Bond Office
   (2) Date of filing: February 3rd, March 3rd, April 2021
   (3) Docket number, case number, or opinion number: DC30 CR2020-0597
   (4) Result: JONATHAN FERGUSON- FAKE 911 League Caller
   (5) Date of result: Super BOWL SUNDAY Feb 2020
   (6) Issues raised: I put my JERRY RICE Jersey And flare gun in my disc golf bag. JONATHAN Ferguson said I threatned him with the flare gun. The flare gun was in my disc golf bag the whole time.

I kicked A lot of dirt At JONATHAN Ferguson throwing his disc. I grabbed my keys went to T-Box #8 ~~talked~~ to Another group And left At the log cabin.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: 30th DISTRICT 940 766 WICHITA COUNTY 900 7th St, WF, TX 76301 8100
   (2) Date of filing: Since 2016
   (3) Docket number, case number, or opinion number: 57,357A
   (4) Result: 2 certificates + Laddell Cortez
   (5) Date of result: I completed the community
   (6) Issues raised: service And worked 2 yrs @ THE FAITH MISSION And GOODWILL OIC - Jack Pulley was my boss. BOB JOHNSTON cheated me out of 15 months of community service MATT FROST being racist because of Kelly Payton JONATHAN Ferguson being racist because of
   (b) If you answered "No," explain why you did not file a second appeal: Randy Matha

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Kyle Lesson A.D.A. Competency HOLD
   (2) Date of filing: Sep 2020
   (3) Docket number, case number, or opinion number: 57,357A
   (4) Result: Sep 2020 Notification of Available bed space
   (5) Date of result:
   (6) Issues raised: REGINA NEAL does not NOTIFY extradition for Available bed space

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

My car had to be sold at a auction
I lost my stuff in my apartment
Regina Neal does not notify
Legal Counsel does not help
Unemployment does not help
Food Stamp Office does not help
Tim Hurley was not arrested

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Financial compensation
Faith Mission 15 months
Arrow MP Gulf Oil
Freddys Steakburger 17 yr old Megan Oneal hanging all over me at work
Arbys - Assistant Mgr daytime workers talking trash

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

WCSO is changing policies in regards, to inmate mail. The following will no longer be allowed to be possessed or received by the Mail:

- Any publication, photographs, drawings, or images that contain:
    - Depicts sexual behavior
    - Is intended to cause sexual arousal, such as : Lingerie, thongs, sex toys, individuals with erections
    - Shows nudity: exposed female breasts with nipples or areolas, genitalia, anus, buttocks, or partially covered buttocks
    - Shows the discharge of bodily fluids in the context of sexual activity
- Any photo that conceals or hides the faces of an individual photographed in a manner that prevents identification of that individual



Marc Allan Juma-Peters
2815 Central Freeway East
Wichita Falls, TX 76302
940-766-5170

Sheriff Office - # 655456
1st Arrest 2005 Traffic Ticket
Current Book In
Regina Neal does not notify
since 9-2020

Clerk of the Office of the U.S. District Court
501 W. Tenth St Rm 310
Fort Worth TX 76102





Inmate Correspondence
Wichita County, Texas
Detention Center

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019