IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARC ARRON JUNG-PETERS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 7:22-CV-111-O |
| | § | |
| JOHN GILLISPIE, et al., | § | |
| | § | |
| Respondents. | § | |

# FINAL JUDGMENT

In accordance with the order of dismissal signed this date, the petition filed by Marc Arron Jung-Peters in this action is **DISMISSED**.

**SO ORDERED** on this 3rd day of January 2023.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**